**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7598**

_____

WINSTON LLOYD,

Plaintiff - Appellant,

versus

BISHOP L. ROBINSON, Secretary of Public Safety
and Correctional Services; RICHARD A. LANHAM,
SR., Commissioner of Corrections,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CA-
95-943-PJM)

_____

Submitted:  April 15, 1996          Decided:  April 23, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Winston Lloyd, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lloyd v. Robinson</u>, No. CA-95-943-PJM (D. Md. Aug. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>